**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cliffbreakers Riverside Resort, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-5306469** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**700 West Riverside Boulevard**<br>**Rockford, IL**<br>ZIP Code **61103-2173** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cliffbreakers Riverside Resort, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
            (Name of landlord that obtained judgment)

         _____
            (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Cliffbreakers Riverside Resort, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Miriam R. Stein**
Signature of Attorney for Debtor(s)

**Miriam R. Stein 06238163**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**
Address

**Email: mrstein@arnstein.com**
**(312) 876-7100  Fax: (312) 876-0288**
Telephone Number

**March 5, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Victor Mattison**
Signature of Authorized Individual

**Victor Mattison**
Printed Name of Authorized Individual

**Authorized Member**
Title of Authorized Individual

**March 5, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## CERTIFICATE OF RESOLUTION

Cliffbreakers Holdings, LLC, an Illinois limited liability company ("Cliffbreakers Holdings"), by and through its Managing Member, Michael Ellis ("Ellis"), and the other members of Cliffbreakers Holdings (collectively with Ellis, the "Members"), without a meeting and upon other and further notice, the same being waived, that the following actions are authorized and are to be taken by Cliffbreakers Holdings on behalf of itself and the following entities (the "Companies"):

Cliffbreakers Riverside Resort, LLC
Cliffbreakers Property Investments, LLC

**RESOLVED** that, in the judgment of the Members, it is desirable and in the best interest of the Companies, their respective creditors, investors, members, employees and other interested parties that the Companies file individual voluntary petitions for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that either Ellis as Managing Member or Victor Mattison ("Mattison" collectively with Ellis, "Authorized Members") are hereby authorized and empowered on behalf of, and in the name of, the Companies, to execute and verify or certify individual petitions under Chapter 11 of the Bankruptcy Code for each Company and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as the Authorized Members shall determine; and

**RESOLVED FURTHER**, that the Authorized Members are authorized and empowered, on behalf of, and in the name of, the Companies to execute and file all petitions, schedules, lists, and other papers on behalf of each Company and to take any and all action that may be deemed necessary or proper in connection with each Company's Chapter 11 case; and

**RESOLVED FURTHER**, that each of the members of the law firm of Arnstein & Lehr LLP, in any of its various offices throughout the United States, shall be employed as attorneys for the Companies in the Companies' respective Chapter 11 cases and that the Companies shall pay Arnstein & Lehr LLP an appropriate retainer in an amount which the Authorized Members deem necessary or proper in connection with each Company's Chapter 11 case; and

**RESOLVED FURTHER**, that the Authorized Members are authorized and empowered, on behalf of, and in the name of the Companies to retain and employ other attorneys, investment bankers, accountants, and other professionals to assist each of the Company's Chapter 11 case on such terms that the Authorized Members deem necessary, proper and desirable; and

    **IN WITNESS WHEREOF**, I have hereunto set my hand on this 2ND day of March 2010.

Signature:

_Michael J Ellis_      Mar 2, 2010
Michael G. Ellis (Mar 2, 2010)

Michael Ellis
Managing Member of Cliffbreakers Holdings, LLC

and

_Victor Mattison, Authorized Member_
Victor Mattison
Authorized Member of Cliffbreakers Holdings, LLC,
Cliffbreakers Riverside Resort, LLC and Cliffbreakers
Property Investments, LLC

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Cliffbreakers Riverside Resort, LLC**     Case No. _____
                               Debtor(s)     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aramark<br>P.O. Box 7177<br>Rockford, IL 61126 | Aramark<br>P.O. Box 7177<br>Rockford, IL 61126 | | | 8,202.88 |
| City of Rockford<br>Finance Department<br>425 E. State Street<br>Rockford, IL 61104 | City of Rockford<br>Finance Department<br>425 E. State Street<br>Rockford, IL 61104 | Local Hotel Tax | | 16,000.00 |
| Commonwealth Edison Company<br>Legal Recovery/Claims Department<br>Three Lincoln Center<br>Oakbrook Terrace, IL 60101 | Commonwealth Edison Company<br>Legal Recovery/Claims Department<br>Three Lincoln Center<br>Oakbrook Terrace, IL 60101 | | | 44,233.77 |
| Employers Compensation Insurance Co<br>P.O. Box 52791<br>Phoenix, AZ 85072 | Employers Compensation Insurance Co<br>P.O. Box 52791<br>Phoenix, AZ 85072 | | | 14,653.54 |
| Illinois Department of Revenue<br>100 W Randolph - Suite 7-500<br>Chicago, IL 60601 | Illinois Department of Revenue<br>100 W Randolph - Suite 7-500<br>Chicago, IL 60601 | Withholding | | 37,879.31 |
| Illinois Department of Revenue<br>100 W Randolph - Suite 7-500<br>Chicago, IL 60601 | Illinois Department of Revenue<br>100 W Randolph - Suite 7-500<br>Chicago, IL 60601 | Unemployment | | 23,916.98 |
| Illinois Department of Revenue<br>100 W Randolph - Suite 7-500<br>Chicago, IL 60601 | Illinois Department of Revenue<br>100 W Randolph - Suite 7-500<br>Chicago, IL 60601 | Sales Tax | | 116,797.00 |
| Illinois Department of Revenue<br>100 W Randolph - Suite 7-500<br>Chicago, IL 60601 | Illinois Department of Revenue<br>100 W Randolph - Suite 7-500<br>Chicago, IL 60601 | State Hotel Tax | | 62,279.00 |
| Integrys Energy Services<br>P.O. Box 19046<br>Green Bay, WI 54307 | Integrys Energy Services<br>P.O. Box 19046<br>Green Bay, WI 54307 | | | 70,657.59 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Cliffbreakers Riverside Resort, LLC**  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service Insolvency PO Box 21126 Philadelphia, PA 19114-0326 | Internal Revenue Service Insolvency PO Box 21126 Philadelphia, PA 19114-0326 | Withholding | | 403,294.60 |
| Internal Revenue Service P.O. Box 70503 Charlotte, NC 28201 | Internal Revenue Service P.O. Box 70503 Charlotte, NC 28201 | | | 7,633.09 |
| John Faber 1730 Oxford Street Rockford, IL 61103 | John Faber 1730 Oxford Street Rockford, IL 61103 | | | 17,944.19 |
| NICOR Gas Bill Payment Center Aurora, IL 60568 | NICOR Gas Bill Payment Center Aurora, IL 60568 | | | 9,286.02 |
| Office Depot P.O. Box 633211 Cincinnati, OH 45263 | Office Depot P.O. Box 633211 Cincinnati, OH 45263 | | | 9,800.69 |
| PFG-Thoms Proestler Company 8001 TPC Road Rock Island, IL 61204 | PFG-Thoms Proestler Company 8001 TPC Road Rock Island, IL 61204 | | | 59,926.14 |
| Reinhart 9950 S. Reinhart Drive Oak Creek, WI 53154 | Reinhart 9950 S. Reinhart Drive Oak Creek, WI 53154 | | | 58,687.47 |
| The Plitt Dept. 20-1108 Carol Stream, IL 60197 | The Plitt Dept. 20-1108 Carol Stream, IL 60197 | | | 11,046.46 |
| Turano 6501 West Roosevelt Road Berwyn, IL 60402 | Turano 6501 West Roosevelt Road Berwyn, IL 60402 | | | 8,720.80 |
| UW Provision Co. 2315 Pleasant View Road Middleton, WI 53362 | UW Provision Co. 2315 Pleasant View Road Middleton, WI 53362 | | | 10,984.17 |
| Vantage Hospitality Group Inc. 9305 W. Sample Road Pompano Beach, FL 33065 | Vantage Hospitality Group Inc. 9305 W. Sample Road Pompano Beach, FL 33065 | | | 65,133.59 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Cliffbreakers Riverside Resort, LLC**                                      Case No.  _____
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 5, 2010**                         Signature  **/s/ Victor Mattison**
                                                          **Victor Mattison**
                                                          **Authorized Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Cliffbreakers Riverside Resort, LLC**                                      Case No.
                                              Debtor(s)                             Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **85**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **March 5, 2010**                         **/s/ Victor Mattison**
                                                   **Victor Mattison/Authorized Member**
                                                   Signer/Title

American Hotel Register Co.
16458 Collections Center Drive
Chicago, IL 60693


Aramark
P.O. Box 7177
Rockford, IL 61126


Aries Real Estate Fund, LLC
520 W. Erie St., Suite 300 S
Chicago, IL 60654


Artist Ensemble
P.O. Box 1684
Rockford, IL 61110


By the Dozen
8324 N. Second Street
Machesney Park, IL 61115


Chicago Sweet Connection
5569 N. Northwest Highway
Chicago, IL 60630


Ciccone Food Products, Inc.
40 W. Fullerton Avenue
Addison, IL 60101


Cigar Werks
P.O. Box 1028
Saint Charles, IL 60174


Citibusiness Card
P.O. Box 688915
Des Moines, IA 50368


City of Rockford
Payment Center
Rockford, IL 61102


City of Rockford
Finance Department
425 E. State Street
Rockford, IL 61104

Cliffbreakers, Inc.
c/oJimmy Vitale
1994 Riverside
Belvidere, IL 61108


Commonwealth Edison Company
Legal Recovery/Claims Department
Three Lincoln Center
Oakbrook Terrace, IL 60101


David M. Neff
Perkins Coie LLC
131 S. Dearborn St., Suite 1700
Chicago, IL 60603


Down To Earth Mechanical
P.O. Box 952
East Troy, WI 53120


Employers Compensation Insurance Co
P.O. Box 52791
Phoenix, AZ 85072


Farster Commnications
8014 S. Clinton
Dixon, IL 61021


Federal Express
P.O. Box 94515
Palatine, IL 60094


Fifth Third Bank
101 W. Stephenson St.
P.O. Box 297
Freeport, IL 61032


Frink's Sewer Service
P.O. Box 1004
Rockford, IL 61105


G Commerce
1912 Sidewinder Drive
Park City, UT 84060

```
Goodrich Business Services
4126 Laramie Lane
Rockford, IL 61108


Gordon Food Service
Payment Processing Center
Palatine, IL 60055


Guyer & Eichen
2601 Reid Farm Road
Rockford, IL 61114


Habanero
712 N. Second Street
Suite 200
Saint Louis, MO 63102


HD Supply Facilities
P.O. Box 509058
San Diego, CA 92150


Horizon Business Services, Inc.
1020 Goodlette Road North
Naples, FL 34102


Illinois Department of Revenue
100 W Randolph - Suite 7-500
Chicago, IL 60601


Integrys Energy Services
P.O. Box 19046
Green Bay, WI 54307


Internal Revenue Service
P.O. Box 70503
Charlotte, NC 28201


Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114-0326


Internal Revenue Service
Cincinnati, OH 45999
```

```
ISI
1463 South Bell School Road
Rockford, IL 61108


John Faber
1730 Oxford Street
Rockford, IL 61103


Kone, Inc.
P.O. Box 429
Moline, IL 61266


Lato Supply Corporation
P.O. Box 14830
Phoenix, AZ 85063


Lincoln Rental
3110 Auburn Street
Rockford, IL 61101


LTM Water Treatment
LTM Water Treatment
Columbus, OH 43271


Maximus Multimedia Int. LLC
1520 W. Altorfer Drive
Peoria, IL 61655


MBK & K
6815 Weaver Road
Suite 100
Rockford, IL 61114


Meikem Supply  Inc.
50 Joey Drive
Elk Grove Village, IL 60007


Micros Systems, Inc.
931 Busse Road
Elk Grove Village, IL 60007


Miller Engineering Co.
1602 S. Main Street
Rockford, IL 61102
```

NICOR Gas
Bill Payment Center
Aurora, IL 60568


North Country Business
4541 Helgesen Drive
Madison, WI 53718


Northern Public Radio
801 N. First Street
DeKalb, IL 60115


Northwest Quarterly Magazine
728 N. Prospect Street
Rockford, IL 61107


Office Depot
P.O. Box 633211
Cincinnati, OH 45263


Ovation Networks, Inc.
425 2nd Street SE
Suite 675
Cedar Rapids, IA 52401


Pearson
2415 20th Street
Rockford, IL 61104


Per Mar Security Services
P.O. Box 1101
Davenport, IA 52805


PFG-Thoms Proestler Company
8001 TPC Road
Rock Island, IL 61204


Pitney Bowes Global Financial Serv
Pitney Bowes Credit Corporation
P.O. Box 856460
Louisville, KY 40285-6460


Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Pridham Electronics, Inc.
P.O. Box 259304
Madison, WI 53725


Qzina Specialty Foods
1726 West Atlantic Boulevard
Pompano Beach, FL 33069


Reinhart
9950 S. Reinhart Drive
Oak Creek, WI 53154


Rock River Times
128 North Church Street
Rockford, IL 61101


Rock River Water
P.O. Box 6207
Rockford, IL 61125


Rock Valley Culligan
P.O. Box 4066
Rockford, IL 61110


Rockford Area Chamber of Commerce
308 W. State Street
Suite 190
Rockford, IL 61101


Rockford Area Convention Center
102 N. Main treet
Rockford, IL 61101-1102


Rockford Industrial Welding
P.O. Box 5404
Rockford, IL 61125


Rockford Park District
401 South Main Street
Rockford, IL 61101


Ron's Lighting, Inc.
11659 W. 29th Street
Beach Park, IL 60099

```
S.J. Carlson Fire Protection
4544 Sheperd Trail
Rockford, IL 61103


Skyline Window Cleaning
1340 Turret Drive
Machesney Park, IL 61115


Sonco Pools
1928 E. Riverside
Loves Park, IL 61111


Southern Wine & Spirits
216 N. Jefferson Street
Chicago, IL 60661


Standard Foods



Superior Knight
8120 N. Central Park Avenue
Skokie, IL 60076


Supreme Lobster & Seafood
220 E. North Avenue
Villa Park, IL 60181


SVL Productions
8525 Greensport Way
Rockford, IL 61108


TDS Metrocom
P.O. Box 34510
Palatine, IL 60094


The Parks Chamber of Commerce
100 Hear Boulevard
Loves Park, IL 61111


The Plitt
Dept. 20-1108
Carol Stream, IL 60197
```

Travel Incorporated
4355 River Green Parkway
Duluth, GA 30096


Turano
6501 West Roosevelt Road
Berwyn, IL 60402


UPS
Lockbox 577
Carol Stream, IL 60132


UW Provision Co.
2315 Pleasant View Road
Middleton, WI 53362


Vantage Hospitality Group Inc.
9305 W. Sample Road
Pompano Beach, FL 33065


Washburn Machinery Inc.
175 Gaylord Street
Elk Grove Village, IL 60007


Waste Management - Rockford
P.O. Box 9001054
Louisville, KY 40290


Wirtz Beverage
3333 Forest View Road
Rockford, IL 61109


WRTB-FM
2830 Sandy Hollow Road
Rockford, IL 61109