# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re<br><br>CLIFFBREAKERS RIVERSIDE RESORT, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-71036<br><br>Hon. Manuel Barbosa |
| In re<br><br>CLIFFBREAKERS HOLDINGS, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-71037<br><br>Hon. Manuel Barbosa |
| In re<br><br>CLIFFBREAKERS PROPERTY INVESTMENTS, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-71038<br><br>Hon. Manuel Barbosa |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "Motion") of Cliffbreakers Riverside Resort, LLC, Cliffbreakers Holdings, LLC, and Cliffbreakers Property Investments, LLC, debtors and debtors in possession (collectively, "Debtors"), for entry of an order directing the joint administration of the Debtors' chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; adequate notice of the Motion having been given under the circumstances; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is granted.

2.  The Debtors' chapter 11 cases shall be jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

3. The caption of the jointly administered cases shall be as follows:

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re | |
| CLIFFBREAKERS RIVERSIDE RESORT, LLC, et al., | ) Chapter 11 |
| Debtor. | ) Case No. 10-71036 |
| | ) (Jointly Administered) |
| | ) Hon. Manuel Barbosa |

4. This caption shall be deemed to comply with the requirements of 11 U.S.C. §342 and Rules 1005 and 2002 of the Federal Rules of Bankruptcy Procedure.

5. A docket entry shall be made in each of the Debtors' cases other than Case No. 10-71036 substantially as follows:

> An order has been entered in this case directing the joint administration of the chapter 11 cases of Cliffbreakers Riverside Resort, LLC and two of its affiliates. The docket in Case No. 10-71036 should be consulted for all matters affecting this case.

Dated: MAR 17 2010        ENTERED: _____
                                   UNITED STATES BANKRUPTCY JUDGE

8942118.1