UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CLIFFBREAKERS RIVERSIDE RESORT, LLC, | ) | Case No. 10-71036 |
| et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | Hon. Manuel Barbosa |
| Debtors. | ) | |

AGREED ORDER CONTINUING INTERIM ORDER
AUTHORIZING THE LIMITED USE OF CASH COLLATERAL
AND GRANTING ADEQUATE PROTECTION

This matter coming to be heard at the continued hearing on the emergency motion (the "Motion") of Cliffbreakers Holdings, LLC ("Holdings"), Cliffbreakers Riverside Resort, LLC ("Resort"), and Cliffbreakers Property Investments, LLC ("Investments"), debtors and debtors in possession (collectively, the "Debtors"), for the entry of an order (A) authorizing the Debtors to use certain "Cash Collateral" (as defined in section 363(a) of the United States Bankruptcy Code, 11 U.S.C. §101, *et. seq.* (the "Bankruptcy Code") and hereinafter referred to as "Cash Collateral"), all of which Cash Collateral is presently subject to senior security interests, liens, mortgages and rights of setoff of Fifth Third Bank ("Fifth Third"), and junior security interests, liens, mortgages and rights of setoff of Aries Real Estate Fund, LLC f/k/a Freeman Realty Advisors, Inc. ("Aries" and together with Fifth Third, the "Lenders"), and (B) granting certain substitute and additional liens and other relief for the benefit of the Lenders; the Court having previously entered an interim order on March 8, 2010 approving the Debtors' use of Cash Collateral on an interim basis (the "Interim Order);

IT IS HEREBY ORDERED THAT:

1.  The Debtors are authorized to use Cash Collateral pursuant to the terms of the Interim Order through and including April 7, 2010.

2.  A further hearing on the Motion shall be held on April 7, 2010 at 10:30 a.m.

Dated: March 31, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO IN FORM AND SUBSTANCE BY:

_____
ARNSTEIN & LEHR LLP
David A. Golin
Miriam R. Stein
120 S. Riverside Plaza, Ste. 1200
Chicago, IL 60606
Phone: (312) 876-7100
Facsimile: (312) 876-0288

*Counsel to the Debtors*

_____
PERKINS COIE LLP
David M. Neff
Brian A. Audette
131 S. Dearborn St., Ste. 1700
Chicago, IL 60603
Phone: (312) 324-8400
Facsimile: (312) 324-9400

*Counsel to Fifth Third Bank*

8964160.1

2