B6A (Official Form 6A) (12/07)

In re  **Cliffbreakers Property Investments, LLC**
_____,
                          Debtor

Case No. ____**10-71038**_____

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **700 West Riverside Boulevard Rockford, IL 61103-2173** | **Fee simple** | - | **Unknown** | **12,933,011.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Cliffbreakers Property Investments, LLC**                                    Case No.____**10-71038**____
_____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **See #35 on Schedule B** | - | **Unknown** |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **No insurance policies have any surrender or refund value** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > (Total of this page) | **UNKNOWN** |
|---|---|---|

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Cliffbreakers Property Investments, LLC**                                    Case No. ____**10-71038**____
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Cliffbreakers Property Investments, LLC**                                     Case No. ___10-71038___
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Franchise Agreement with Lexington Collection Hotels** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1989 Excalibur Passenger Car Limousine** | - | **7,000.00** |
| | | **1997 Ford Club Wagon** | - | **2,000.00** |
| | | **2005 GMC Savana Van** | - | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **All office furniture used by Cliffbreakers Riverside Resort, LLC, as agent, in the management of the hotel, restaurant and banquet hall** | - | **65,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **See Attached -- List of Architectual Antiques and Fixtures** | - | **Unknown** |

Sub-Total >
(Total of this page)

76,000.00 +
UNKNOWN

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Cliffbreakers Property Investments, LLC**                                    Case No.  **10-71038**
                                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | All personal property used in the operation of the hotel, restaurant and banquet hall | - | **Unknown** |

| | | |
|---|---|---|
| | Sub-Total > (Total of this page) | **UNKNOWN** |
| | Total > | **76,000.00 + UNKNOWN** |
| | (Report also on Summary of Schedules) | |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

#49

# List of Architectural Antiques and Fixtures
## Cliffbreakers River Restaurant · Conference Center
## Comfort Suites Hotel

### Exterior of Cliffbreakers Restaurant Entrance
- Four twelve foot high Cast Iron Lions Head Street Lamps with tear drop Globes

### Main Restaurant Vestibule
- Gothic Crest – a cream glazed Terracotta Crest in five pieces from a Chicago Mansion.

### Main Alla Carte Bar Area

- Fauerbach Brewery Bar and complete original Tap Room interior from 1848 – this is the complete Beer Hall interior of the Fauerbach Brewing Co. Madison, WI. Consisting of the front and backbar, with its eight foot Oak Beer Barrel and Clock; the beveled mirrors, marble based brass floor spittoon, oak pillar cigar display cases, and tufted horse hair stuffed wall benches.
- Three hanging overbar domes stained glass yellow slag Light Fixtures
- Four Gothic backbar German stained glass Light Fixtures Conical Top
- Two Antique solid Oak Shelves approximately five feet in length
- One Rare Porcelain Whiskey Barrel circa 1830 – electrified for lamp
- One Rare hand painted Porcelain Brandy Barrel circa 1830 – electrified for lamp
- Antique Russian Bar Samovar – this nineteenth century brass samovar with twelve bronze spigots has been converted for use as a Table Lamp.
- Tri-fold Antique carved Wooden Room Divider – German Oak Gothic Design
- One Antique copper canopy for exhaust
- Rare Original Early Times Distillery plaque – framed and electrified circa 1920
- OriginalBrown Foreman Distillery Plaque framed and electrified – circa 1920
- Three Antique over booth canopies made of "hand pressed" copper with decorative wall supports and chains
- Two spectacular arcade clown toss-game automatons from P.T. Barnum Estate
- German bar Canopy – this heavily carved late nineteenth century Black Forest Canopy with finely carved lions heads and exceptional stained glass came from the "Men's Bar" in the Astor Hotel, N.Y.
- Triptych of Windows – Stained & Jewel Glass Windows with finely, hand painted centers. One features flowers, one fruit & the last vegetables attributed to master glass artist John Lafarge.
- 1940's model Spooner Yacht under glass
- The Beer Hall Entry – entry way from an 1850's German Beer Hall complete with leaded glass windows and solid oak door. - Fauerbach Brewery Madison, WI.
- Three miscellaneous Antique Soda Dispensers from original Fauerbach Brewery
- Two Framed original Fauerbach Lager Beer Advertisements.
- Lithograph of original Fauerbach Brewery mid to late nineteenth century - Madison, WI.
- Antique Phone Booth 1920's – completely upholstered

1

## French Baroque

- Complete petite dining room from the original historic Claridge Hotel, Paris France
- This complete room was from the Claridge Hotel on the Champs de Illyses, Paris. The mid nineteenth century hand rubbed walnut wainscoting, double door bookcase, china cabinet, mirror and table, chairs, original oils, and entry door...

Two original paintings in walnut frames, French walnut wainscoting, original ten foot silver, server with beveled glass niche, original cognac/champagne double door beveled glass inserts, cabriole serving table, an Antique original Kirman, Palace sized hand knotted oriental carpet – nine by twelve feet Persian rug, original walnut framed mirror, original hand carved doors with bronze hardware, exquisite hand carved alabaster hanging light fixture. Bronze casting of same with lion heads, poppies.

## Restaurant Lobby Area

- Two Antique hand hammered brass Decorative Plaques – Provincial Motif
- Three Arm Bronze Light Fixtures with rolling acanthus leaf from the original Statler Hotel – Buffalo, N.Y.
- Vault Entry - green verde cararra marble bull nose Vault Entry surrounds from Baraclay's Bank of London – ten foot high, twenty foot wide, twenty inches thick
- Sidewalk Scale - porcelain glazed national novelty Company Sidewalk Once Cent Lolly Pop Scale
- The McCormick Lions –two remarkable Life-size Lion Guardian Figures from the McCormick Mansion – Chicago
- Marble niches – two superb Wall Niches with White Cararra shell motif and acanthus scroll from St. Bartholomew's in Chicago – thirty inches high eighteen inches wide
- Colossal Grand Entry - sixteen foot high Double Door Stained Glass Studabaker Home Entry Doors with original hardware – Circa 1890
- Historic World Class Sculpture - Carved Italian White Cararra Marble Fountain with three carved dolphins and cherubs with locking intertwined poses, origional plinthe and bowl signed P. Bazzanti Firenze from the Stonehurst Estate – upper Great Lakes, Michigan
- Palazzo Entry -eighteenth century gold gilt over French wormwood from an Italian Palazzo with carved winged Puttis
- Courthouse Crests - two finely carved Solid Oak Crests with gold gilt trim overdoor cartouches from original Rockford Courthouse thirty four inches wide by thirty inches high

2

## Martini Lounge

- Fifty seven spectacular matching Transom over-door, hand cut beveled glass rectangular leaded Glass Windows with satin glass inserts from Razed Brownstone at 1400 N. Lakeshore
- Antique 1910 Atlas Globe on Floor Stand
- Very rare 1840 white and mottled rouge French Mantle Fireplace
- Two hanging Maria Theresa hand cut Crystal Chandeliers from the original "Well of the Sea" Sherman House Hotel
- Antique African Lion Killing Javelins
- Antique carved African War Mask
- Large Antique Tortoise Shell
- 1910 safari African Zebra Skin
- Danish copper with blue gelf handle coal bin with flower arrangement
- Original U.S. Navy ships navigational compass instrument in solid bronze dated 1918
- Two matching massive 4 foot Bronze Winged Griffins on Bronze bases from a Federal Building in Fishkill, N.Y.
- Glass front cigar humidor with four tapered legs – cherry wood.

## Main Dining Room

- A pair of extremely rare carved Sienna Marble and Bronze Column Lamps with a tear drop shade of hand cut English floral crystal and drop prisms. Originally from Astor Hotel New York, acquired from the Key Club at the Wagon Wheel in Rockton.
- The Baldachino – This nineteenth century carved Walnut Canopy which is supported by rolled walnut columns over our waitress station once served as a ticket booth in Grand Central Station in N.Y.C.
- Rotunda Bank Lights – This matched set of five mint condition Chandeliers once graced the First National Bank of Atlanta, GA. Cast at N.Y. bronze works in 1926, they feature Caramel Slag Glass with an opalescent tint.
- Marble Railing –Over one hundred feet of green verde bull nose Marble Railing from Barclays Bank of London
- Private Car Doors – six Doors form the historic Barclays Bank , London. They are solid Cuban mahogany with brass and bronze hardware featuring double thick etched glass panels with unusual brass channeling.
- Dining Room Plaques – twenty eight solid bronze Joan of Arc Crests with nautilus Helmet and Christ's Breast Plate from original Otis Elevator building in Chicago
- Six nineteenth century French Cavalry Brass Warrior Helmets electrified for lamps
- Two superb solid Bronze mirrored Back Entry Doors private men's par original Astor Hotel, N.Y. They feature Corinthian shield and cast griffins – nine foot high by three foot wide
- Aquarium Car Sconces -Brass double light Wall Sconces with tudor tracery motif
- Five exquisite matching Stained Glass Windows complete with jewels framed, mounted, back-lit, attributed to L.C. Tiffany studio N.Y., from a Beer Baron Mansion in Milwaukee.
- 1910 five by six foot Sarouk Persian Rug wall mounted
- Fifteen foot Walnut Credenza with verde green marble top from the original Maxwell Plums Restaurant - N.Y.C.
- Flower Vase doors – A superlative pair of matching stained and beveled glass Windows, in gradation color-phase ruby glass and the boquet of banana bevel glass
- Massive Georgian Marble Fireplace with female bust caryatids with rosso levanto marble inserts.

- The Lady Musician – This nineteenth century life-sized relief Majolica Figure of a woman playing a Viola de gamba is signed and dated from The Royal Orleans Hotel in New Orleans, Louisiana. It was removed complete with it's surrounding stone wall, from the Garden Room of The Wagon Wheel, as not to damage this work of art.

Hallway

- Ten beveled jewel glass with brass channel hallway Light Sconces from original Underground Atlanta
- One large exceptional hand hammered three foot diameter plaque of Flemish artist Antoine Van Dick
- Five hand pressed brass decorative Wall Plaques
- Two Cuban (solid core) mahogany Doors with original hardware
- Six sterling silver solid brass Wine Buckets pedestal model from the Potter Palmer House - Chicago
- Tufted Lizzies – two matching horse hair Tufted Lizzies in black oil cloth from the Astor Hotel, N.Y.
- Extremely rare Costumed Magician Automaton original from the P.T. Barnum Estate, FL
- Very rare 1/32nd Scale Model of the ninety-six gun British Flag Ship "Victory". Lord Admiral Nelson won the battle of Trafalgar abroad this vessel. Circa 1870 under glass
- Rotunda Bank Lights – This matched set of five mint condition Chandeliers once graced the First National Bank of Atlanta, GA. Cast at N.Y. bronze works in 1926, they feature Caramel Slag Glass with an opalescent tint.
- Two matching upholstered Train Benches - fourteen foot solid walnut Train Station Benches from original IL Central Train Station on Chestnut Street, Rockford
- Solid cherry breakfront with walnut tracery glass panel doors, Concealed Writer's Desk and original brass hardware – seven foot wide by eight foot high
- American primitive Sideboard with butterfly dolls –solid pine turned legs
- Outstanding eight foot by six foot French Pier Mirror gold gilt over plaster horse hair with rosso levanto marble inserts at base
- Oval Pier Mirror French period featuring gold gilt roses and vines.

Vanderbilt 1

- Complete Georgian Entryway with matching hand cut beveled stained glass doors featuring colored jewels with a zipper cut transom window
- Eight matching three light Bronze Wall Sconces with hand rolled acanthus sleeve motif Stattler Hotel, Buffalo, N.Y.
- Extraordinary hand tooled American Birds Eye Maple Fireplace with beveled glass over mirror. Stanford White design – Cole Porter Estate Long Island
- Two 1910 bronze matching Siamese dancers from P.T. Barnam Estate in Coral Gables, Florida
- Victorian Floral cast Bronze Cartouche with the raised number "Seventy Five" which was the house number of the Spanish style residence P.T. Barnum Estate in Coral Gables, FL
- Superb bevel glass Entryway of solid oak frames wit a matching bevel glass transom… this features a rare asymmetrical hand ground glass and the very rare glue chip bevel glass
- Two hand pressed Tin Decorative Plaques
- Seven gold gilt horse hair plaster illuminated Theatre Boxes from the famous Grenada Theatre North Shore Chicago – The Grenada Theatre was built by Mary Astor and Douglas Fairbanks. They are decorated with classical faces and garland cornucopia.

- World Class Grand Scale Chandeliers - stunning set of eleven large hand cut Murano Venetian Crystal Ballroom Chandeliers – six foot drop, five foot breath, thirty seven lights, six inch hand cut spiral bobeches – each chandelier contains two hundred fifty large handcut crystal hanging pendants of the finest quality.

## Vanderbilt 3

- Dazzling Bronze Double Door Entryway with cut bevel glass inserts – Gothic tudor motif with original bronze acorn hardware from St. Martins Cathedral, Chicago
- Vault Entry - green verde marble bull nose Vault Entry surrounds from Barclay's Bank of London

## Renaissance Ballroom

- Six solid core mahogany Panel Doors with original hardware, polished grain finish – Executive office doors from Continental Bank, Chicago
- Thirteen matching nine foot mirrored Wall Cases arched from the original famous Desoto Hotel, Gale. Home and watering hole of General Ulysses S. Grant – Circa 1850
- Four matching French style Marble Fireplaces with Ogee edge overshelves
- Historic Brunswick Balke Colander "Delmonoco" style front and back bar twenty eight foot long by twelve and one half foot high Solid African Mahogany with full turned columns, full relief carved lion heads with jeweled eyes and flame book matched mahogany front bar with three quarter turn columns, original brass footboard and marble back splash – one of only three made in the U.S. from the original Blackstone Hotel, Michigan Ave. – Chicago. This is the most sought after bar in America.

## Banquet Sales Room

- Solid cherry Door with raised panels and frosted glass, original hardware – Continental Bank, Chicago
- Two matching Maria Theresa crystal Wall Sconces with two candlestick lights each. One hanging crystal hand cut Chandelier with carved prisms
- Two Walnut Window eight frames high with leaded glass inserts, transoms, original bronze hardware Continental Bank, Chicago
- English Chippendale Server Table with rope trim, Cabriole ball and claw legs
- Carved mahogany Coffee Table with ball and claw legs
- Two hallway tables – solid carved mahogany with Cabriole ball and claw legs
- Three matching Tudor Confessional Doors with original bronze pulled hardware
- Two hundred forty running foot of the finest American walnut paneled wainscoting from the Executive floor Continental Bank, Chicago

## Hotel Garage

- Carved cherry backbar mirror from the Viking Lodge Wagon Wheel Resort eight foot by twenty two foot long
- Two side mirrors six foot by three and a half foot with original silver back mirrors
- Nine hanging leaded lamp shades Tiffany style peacock motif with decorative bronze chains – thirty inches in diameter – three foot drop
- Excalibur Limo Motor Car wire wheel well mounts, deluxe spoke tires, privacy windows, built in burl walnut bar with crystal decanters – Connelly Rolls Royce leather twenty two feet long – year 1989

## Hotel Lobby

- Broken Pediment Entry Surround – these two Over Door Surrounds on either side of the lobby with their carved shield crest and its handtooled acanthus leaf molding and doors were removed from the John Morton Estate of Chicago. Salt King to the World.
- Matching pair of two incredibly carved Solid Oak Doorway Entries, corbel brackets supporting highly carved acanthus leaf over shelf eight panel solid oak doors originally from Wallard Mansion, Dubuque IA – Founders of Dubuque Packing Company.
- Gothic Wall – this fifty-foot carved Oak Grand Wall with leaded windows serves as an entry to the Riverview Breakfast Room. This was the original entry to the private Men's Germania Club, in Chicago, that closed in the late fifties.
- Solid cherry Floor Stand Marquee with Bronze Glass Case and matching pair of forty five foot carved solid German Oak Beams with hanging twelve light bronze Chandeliers bronze Candlestick Light Fixtures
- Two large framed marble Intarsia Plaques six foot high by four foot wide fifty inches high and thirty six inches wide ··
- Very fine hand carved English Tudor Fireplace from the English Vanbrandt Mansion in Horicon, WI featuring linen fold drapery inserts walnut carved fleur-de-lis, carved bird relief, shield crests
- Three matching beveled glass Five Door Book Cases
- Very rare pair of matching hand wrought German style Nine Tier Candelabras
- Carved solid mahogany End Table with ball claw
- Two very fine hand cut crystal Wall Sconces with double candlestick lights
- Two very rare Alabaster Carved Domes featuring Grecian Urn Motifs with bronze fixtures and chains
- Two triple Candlestick Light – Bronze gothic Wall Sconces
- Twenty feet of solid carved gothic Wall Paneling nine foot high from Germania Club of Chicago
- Carved Five Panel Door
- Spectacular 1/72nd scale Model Ship of the Amerigo Vespucci – 1931 half steam half sail one hundred four gun flag ship one of a kind model... 1/72nd scale model of the original "Royal William" Battleship circa 1719
- Massive hand wrought of Austrian Restaurant Clock street advertisement featuring hand wrought menu game animals
- Carved Over Door Arch with mirrored inserts with egg and dart six foot by four foot
- Matching set of seven gothic Wall Sconces
- Carved Gothic Beams and Hanging Lights – these massive Oak Beams on the ceiling of the lobby, hanging Bronze Light Fixtures, along with the Balcony Railing and Registration Desk came from the old Germania Club in Downtown Chicago. This was a discreet private men's club until it's closing in the late fifties.
- The Grand Arch – This impressive twelve foot high Archway of quarter sawn oak with mahogany detailing was the grand entrance to the Stephenson County Courtroom in  Freeport IL. Home of the historic Lincoln Douglas Debate
- Colossal Lobby Oil Murals – these two Canvases flanking either side of the lobby are eight feet high and twenty seven feet long. They were painted by American artist George Marshall for the famous Continental Bank of Chicago at the turn of the century. One features pilgrims landing at Plymouth Rock; the other a hillside view of Florence in the springtime.
- World Class Bronze Boar "Porcollino" – cast in Florence, Italy this artwork sits on a six thousand pound hand cut granite base. The Bronze Fountain itself was cast in Italy by the famous Italian sculptor Geo Benelli in 1856 / piece is signed and dated.

- Carved India Limestone Fireplace – This two ton Limestone Fireplace with it's goodwill inscription was carved for the "High Society" Zerke Estate in Lake Forest IL on Chicago's posh North Side.

## Hotel Riverview Room

- Eight foot Marble topped Portable Bar with walnut corbels from a Lake Forest Estate
- Original six foot cherry wood oil cloth wrapped bellows with hand turned table legs from the original Wagon Wheel Resort Lobby
- Riverview Room Fireplace – this massive hand carved Fireplace with its whimsical dolphins and carved ribbon sayings was from the original Walker Mansion. Mr. Walker supplied virtually all the gravel to the state of IL road projects in the early twenties. It was given to the Arch Diocese of Chicago and is made of very rare white oak. It has carved sea serpents with a banner reading "Old Friends, Old Faiths, Old Times, Old Truths" green marble surround.
- Entire complete Library Interior with original hand hammered sconces, hand leather tooled walnut wall covering from the original Van Brandt Mansion – Horicon WI
- Fourteen foot carved African mahogany Board Room Table with double pedestal base carved ball and claw cabriole Original Barclays Bank
- Original 1860's London Railway Magazine Cart inscribed W.H. Smith and Son
- French Bronze Sculpture of a charging bull signed "I. Bonhuer" mounted on a verde green mounted base. Twenty eight inches long, twelve inches wide, sixteen inches high
- Significant Bronze of Lion Stalking Prey - twenty-four inch long by twelve inch wide by fifteen inch high inscribed VOJ. T. Hinberg (lions) 1903
- Six panel carved English Tudor Gothic Door
- Gothic double Door Entry with heavy carved over door relief – original hardware
- Business Center Doors - Solid Cherry Door with raised panels and frosted glass, original hardware – Continental Bank, Chicago
- Gold Room – This Louis XV Gold Gilt handcrafted Table with Twelve Chairs and matching Marble Mirrors consoles came from a Famous Parisian Chateau. The tabletop is fourteen feet long and three inches thick and is one solid piece of Damascata Brechia Marble gold gilt over French wormwood .

## Hotel Hallway

-Gift Shop Doors – these massive ten-foot Bronze Doors weigh seven hundred and fifty pounds each and were the original entryway doors to the famous Crane Building in Chicago.
-Gift shop exquisite six piece carved Italian Brake Front complete with shelves, covered space, three doors, hand carved Corinthian columns – twenty foot in length by eight foot high
- The Hallway Tables – Chippendale servers ball and claw cabriole legs twenty inches by forty-eight inches

## Hotel Suites

### Sultan Suite

Probably the most elaborate complete five-room bedroom suite ever created. It was handcrafted over a period of six years from the rarest French Pecan , African Ebony, and Ivory by Thomas Gaillard, the world famous cabinetmaker. It was exhibited at the World's Paris Exhibition of 1899 and purchased by the Sultan of Morocco. The carved bed with its onion dome and half moon image towers 11 feet 6 inches in height. It features the original straw mattress from the last century and it sits atop a hand knotted silk sarouk carpet.  It features a kitchen table and chairs, gold thread tapestries of snake charmers, a primary bedroom and a secondary bedroom with Iron Moorish doors, a Sultan writing desk, a Sultans Armoire, and enormous marble soaking tub with rare Rojo Allicante Marble through out. It was purchased at an auction in New York outbidding Cher and Wayne Newton.
-    Sultan Suite Rugs consist of a four foot by five foot burgundy field Sorouk
-    Two gold thread flour ceiling Snake Charmer Tapestries
-     One three foot by five foot Floral Prayer Rug in burgundy front Sorouk
-    One nine foot by twelve foot greenfield Persian Bidjar carpet
-    One eight foot by ten foot rose field dining room hamadan
-    Dining room Arabic Bronze Hanging Lights with bullet drop milk glass globes
-    Gold gilt ebony Moroccan mirror three foot wide by five foot high
-    Carved mahogany Dining Room Table with marble top servers
-     Very fine hanging Moroccan Light Fixture with pearl opalescent glass and wire filigree -- fourteen inches high
-    Original brass Moroccan Water Pipe five foot high  - hand hammered
-    Four massive five foot drop Wrought iron chandeliers

### English Regency

-    Five piece English Regency Bedroom Set – traditional block style design with superior empire marquetry inlay and matching night stands
-    Five door Armoire twelve foot long by eight foot high – mirrored insert in center door
-    Dresser has hand painted Mirror and inlayed top, front, and sides
-    One original oil painting twenty four inches wide by thirty inches high of an English captain board a sailing ship
English style ship's chest with original iron strapped hardware and bow top, original leather handles, thirty-four inches by thirty inches high eighty inches deep – Circa 1870

### Asian Suite

-    Dragon Sleigh Bed from China – Circa 1801 – extraordinary multi lacquered layers of serpentine carving with cloud band side rails – one of a kind piece. Sotheby's Purchase.
-    Very rare Pagoda Floor Lamp carved in Beachwood is a museum piece. This six-foot Lantern features intertwined capuchin monkeys at play.
-    Asian Love Statue – table top bronze sculpture of Bod Va Gitta – sexual deity extraordinary casting and detail twenty inches by eighteen inches across full form figures
-    Screen Chest – Circa 1840
-    Miniature Tonso Chest with bronze butterfly hinge with thirty inches high across circa 1860
-    Four hand painted Screen Wall Decorations – naturalist painting on silk on silk – framed in bamboo

- Smiling Porcelain Buddha – circa 1930 ten inches high
- Nineteenth century Chinese Rosewood Armoire mother of pearl inlay parquet – original beveled silverback mirrors - seven foot by forty inches
- Chinese Rosewood Writing Desk with three inlayed inserts – seven drawers
- Two very fine Bronze Desktop Lamps with basket weave motif, flame finials, and fish and bell icon
- One Chinese Temple Wall Plaque carved relief with gold gilt – twenty inches by thirty six inches
- Museum Piece "Garuda" Indonesian God of good luck - six foot by five foot original blood patina original gold gilt overlay
- Full figured sculpture of Hunan – the Indonesian God of mischief - six foot high by forty inches across – inlaid glass and mirrored mosaic
- Two stone carved female Chinese Gods – forty inches high by twelve inches across full carved relief
- Original Satsuma bedside Lamp with Shade
- Eighteenth century museum quality Tanso Chest from Korea with original butterfly pierced carved bronze hinges – pick proof nineteenth century lock

Italian Suite

- 2 matching Italian Empire Wing Chairs original tufted upholstery circa 1920
- Complete Late 1800's Olivewood Italian Bedroom Set – featuring matching Armoire with bombe doors, mirrored inserts, headboard, foot board and two side end tables with rare veined sienna marble – all with cabriole legs

American Victorian Suite

- Stunning American Victorian Bedroom Set intricate carved matching head boards – two carved matching night stands with American slate tops
- Two heavily carved Dressers with slate tops and deep beveled mirrors
- Colossal nine foot walnut Armoire with carved crests, pristine bevel glass on the center door

Scandinavian Suite

- Six piece matching Scandinavian Bedroom Set
- Two matching eight foot Armoire made of Philippine satin wood with gold wash over brass beveled inserts in each door – rose finials and locking door
- Petite Writing Desk with beveled mirror and gold washed filigree
- Matching head and foot board of Philippine solid wood withFour cast rose finials
- Two matching End Tables with locking doors, beveled glass inserts, original hardware
- Fainting Couch – tufted turn of the century style Fainting Couch Recliner

French Suite

- Hand painted Faience Porcelain Water System with separated basin matching towel rings, matching two tiered light fixtures, matching painted stool
- Special Maria Theresa French crystal Chandelier hand beaded from top to bottom – twelve lights with hand made crystal flowers and bobeches
- Exceptionally fine Rococo Walnut Bedroom Set with pierced carved asymmetrical headboard, pierce carved nightstand with petite shelf, crazy laced French marble

9

- Men's and Women's separate chest of drawers Handkerchief Boxes and large opening under cabinets
- French style marble top Writers Chest with Antique walnut Writer's Chair
- Exceptional nine-foot Armoire with three Doors each. With double wide beveled glass mirrors pierce carved roses. All pieces have finely tapered cabriole legs.

Castle Suite

- Elaborately carved Gothic Hall Bench with lift up storage base – exceptionally fine carved back panels with gothic spires, dragon arms, seven foot high six feet wide
- English tudor gothic carved Writers Desk with elaborate cathedral carved front panels and felt writers top
- Ten foot Castle Bed with four posts columned English oak Canopy Bed – each column carved with a different motif; three secret storage panels at base that is nine foot long and nine foot across and has 4 intricate carved head panels – Under canopy has many rose drop medallions with a three inch coffer and hand painted pastel insets

Bavarian Suite

- Tri fold wall mounted hand painted Bavarian Screen on Canvas. High Society courtier and Viennese delutantes
- Exquisite matching 6 piece carved hand painted Austrian style Bedroom Set
- Viennese sculpted Head and Foot board with finely painted Viennese Ormolux
- Matching Night Stands with bomb front doors – pierced carved bases
- Exceptional three Door hand painted pierce carved over mirror, pierce carved base with Viennese legs and gold gilt accent over crest floral pierce carving
- Petite gold leaf piermier with two Slipper Drawers – floral pierce carving
- Three door Dresser with heavy gold gilt pierce carved over mirror bomb front

Mediterranean Suite

-Stunning five piece matching Mediterranean style Bedroom Set – book match burro   walnut with inlayed Rococo design carved roses and scroll work atop head board and foot board
- Black Negro striated marble atop marble atop matching End Tables with bombe front chest
- Three Chest of Drawer with black negro striated marble inlayed Rococo woodwork atop Burrell walnut
- Superior carved three door walnut burrow Armoire with glass finish and left framed silverback mirror with bowed corners and Rococo legs.
- Walnut Wardrobe - mirror with pierce carved frame supported by very decorative turned rope columns and four leg base
- Solid bronze eight armed hanging Light Channel Fixture

Executive Suite

- Set of three matching Antique leather Seating Groups from the Men's Club in Britain. Wingback barrel leather furniture, deep tufting.

10

<u>Fitness Center</u>

- Six large hand painted Maps by Rand, McNally & Co. – they are hand screened on gesso canvas featuring South America, North America, United States, Europe, Illinois and the Western Hemisphere dated 1893

<u>Patio Suites Foyer</u>

- Five Matching Frosted Satin Glass Crystal Chandeliers with gold d'Ore in the Louis XV style.
- Very rare matching pair of Solid Copper Entry Door with nine beveled glass inserts complete with copper surround and original eight inch copper hinges from the original Crane Building, Chicago
- Two outdoor Georgian Street Lights from original Underground Atlanta
- Two handwrought double tiered Peddlers Cart a with large spoked wheels from original Wagon Wheel Resort
- Five matching three light Bronze Wall Sconces with hand rolled acanthus sleeve motif Stattler Hotel, Buffalo, N.Y.

<u>Parkview</u>

- Elevator - five Antique Copper Engraved Fruit Plaques with walnut shadow box trim
- Five matching, hanging cut glass crystal ford water style Chandeliers with blown glass arms, deep cut bobeches
- Three pair of matching four panel solid Cuban mahogany Doors and surrounds Barclays Bank of London with original hardware
- One hundred fifty running feet of ½ high Walnut Wainscoting – Continental Bank of Chicago
- Eight matching finely carved solid mahogany Tables with ball and claw
- Antique fully upholstered Phone Booth
- Antique American Bedroom Set flame mahogany
- Ten Solid Bronze Brackets used for decorative buffet set up – ½ inch thick with acanthus leaf overlay
- Two Mechanical Fighting Bull Dog Automatons from P.T. Barnum Estate

B6D (Official Form 6D) (12/07)

In re   **Cliffbreakers Property Investments, LLC**
_____,   Case No.   __10-71038__
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | 11/3/2006 | | | | | |
| **Aries Real Estate Fund, LLC** **520 W. Erie St., Suite 300 S** **Chicago, IL 60654** | X | - | | | Junior Lien  Junior Mortgage on Improved Real Estate, and a Junior Lien on all Personal Property | | | | | |
| | | | | | Value $        6,500,000.00 | | | | 1,500,000.00 | 1,500,000.00 |
| Account No. | | | | | 11/3/2006 | | | | | |
| **Fifth Third Bank** **101 W. Stephenson St.** **P.O. Box 297** **Freeport, IL 61032** | X | - | | | First Mortgage on Improved Real Estate, and First Priority Lien on all Personal Property | | | | | |
| | | | | | Value $        6,500,000.00 | | | | 11,333,011.00 | 5,083,334.00 |
| Account No. | | | | | 3/20/2007 - $100,000 Line of Credit to Cliffbreakers Riverside Resort, LLC  9/30/2008 - First Mortgage on Improved Real Estate and First Priority Lien on all Personal Property | | | | | |
| **Fifth Third Bank** **101 W. Stephenson St.** **P.O. Box 297** **Freeport, IL 61032** | X | - | | | | | | | | |
| | | | | | Value $        6,500,000.00 | | | | 100,000.00 | 100,000.00 |
| Account No. | | | | | Real Estate Taxes for Tax Years 2007-2008 | | | | | |
| **Winnebago County Treasurer** **404 Elm Street - Room 205** **P.O. Box 1216** **Rockford, IL 61105** | | - | | | | | | | | |
| | | | | | Value $        Unknown | | | | 250,323.30 | 0.00 |

__0__   continuation sheets attached

| | Subtotal (Total of this page) | 13,183,334.30 | 6,683,334.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 13,183,334.30 | 6,683,334.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Cliffbreakers Property Investments, LLC**                                          , Case No.   **10-71038**
                                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                 **0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Cliffbreakers Property Investments, LLC**                                          Case No.    **10-71038**
                                                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/3/2006-present | | | | |
| **Cliffbreakers Riverside Resort, LLC 700 West Riverside Boulevard Rockford, IL 61103** | | - | **Management Fee pursuant to Management Agreement and Indemnity for costs of operations** | | | | **Unknown** |
| Account No. | | | 11/3/2006 | | | | |
| **Cliffbreakers, Inc. c/o Jimmy Vitale 1994 Riverside Belvidere, IL 61108** | X | - | **Seller Financing of the Improved Real Property, commonly known as 700 West Riverside Boulevard, Rockford, IL 61103-2173** | | | | **750,000.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| **0**    continuation sheets attached | Subtotal (Total of this page) | 750,000.00 + UNKNOWN |
| | Total (Report on Summary of Schedules) | 750,000.00 + UNKNOWN |

B6G (Official Form 6G) (12/07)

In re   **Cliffbreakers Property Investments, LLC**                                    Case No. ____**10-71038**_____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cliffbreakers Riverside Resort LLC**<br>**700 West Riverside Boulevard**<br>**Rockford, IL 61103** | **Management Agreement -- Cliffbreakers Riverside Resort LLC to act as Manager of Cliffbreakers Property Investments, LLC** |
| **Lexington Collection Hotels**<br>**c/o Vantage Hospitality Group, Inc.**<br>**3300 N. University Drive, Suite 500**<br>**Pompano Beach, FL 33065** | **Franchise Agreement** |

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Cliffbreakers Property Investments, LLC**                                    Case No. ____10-71038____
                                                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dororthea A. Sondergard**<br>c/o ISI<br>1463 S. Bell School Road<br>Rockford, IL 61108 | **Aries Real Estate Fund, LLC**<br>520 W. Erie St., Suite 300 S<br>Chicago, IL 60654 |
| **Dorothea A. Sondergard**<br>c/o ISI<br>1463 South Bell Road<br>Rockford, IL 61108 | **Cliffbreakers, Inc.**<br>c/oJimmy Vitale<br>1994 Riverside<br>Belvidere, IL 61108 |
| **Dorothea A. Sondergard**<br>c/o ISI<br>1463 South Bell School Road<br>Rockford, IL 61108 | **Fifth Third Bank**<br>101 W. Stephenson St.<br>P.O. Box 297<br>Freeport, IL 61032 |
| **Dorothea A. Sondergard**<br>c/o ISI<br>1463 South Bell School Road<br>Rockford, IL 61108 | **Fifth Third Bank**<br>101 W. Stephenson St.<br>P.O. Box 297<br>Freeport, IL 61032 |
| **Michael Ellis**<br>1407 Woodcreek Bend<br>Rockford, IL 61108 | **Aries Real Estate Fund, LLC**<br>520 W. Erie St., Suite 300 S<br>Chicago, IL 60654 |
| **Michael Ellis**<br>1407 Woodcreek Bend<br>Rockford, IL 61108 | **Cliffbreakers, Inc.**<br>c/oJimmy Vitale<br>1994 Riverside<br>Belvidere, IL 61108 |
| **Michael Ellis**<br>1407 Woodcreek Bend<br>Rockford, IL 61108 | **Fifth Third Bank**<br>101 W. Stephenson St.<br>P.O. Box 297<br>Freeport, IL 61032 |
| **Michael Ellis**<br>1407 Woodcreek Bend<br>Rockford, IL 61108 | **Fifth Third Bank**<br>101 W. Stephenson St.<br>P.O. Box 297<br>Freeport, IL 61032 |
| **Victor Mattison**<br>712 North Second Street<br>Suite 300<br>Saint Louis, MO 63102 | **Aries Real Estate Fund, LLC**<br>520 W. Erie St., Suite 300 S<br>Chicago, IL 60654 |

1
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Cliffbreakers Property Investments, LLC**                         Case No.    __10-71038__
_____,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Victor Mattison**<br>**712 North Second Street**<br>**Suite 300**<br>**Saint Louis, MO 63102** | **Cliffbreakers, Inc.**<br>**c/oJimmy Vitale**<br>**1994 Riverside**<br>**Belvidere, IL 61108** |
| **Victor Mattison**<br>**712 North Second Street**<br>**Suite 300**<br>**Saint Louis, MO 63102** | **Fifth Third Bank**<br>**101 W. Stephenson St.**<br>**P.O. Box 297**<br>**Freeport, IL 61032** |
| **Victor Mattison**<br>**712 North Second Street**<br>**Saint Louis, MO 63102** | **Fifth Third Bank**<br>**101 W. Stephenson St.**<br>**P.O. Box 297**<br>**Freeport, IL 61032** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Cliffbreakers Property Investments, LLC__  
                             Debtor(s)

Case No. __10-71038__  
Chapter __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Authorized Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __13__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __April 6, 2010__  
Signature __/s/ Victor Mattison__  
                       **Victor Mattison**  
                       **Authorized Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.