UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re<br><br>CLIFFBREAKERS RIVERSIDE RESORT, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-71036<br>(Jointly Administered)<br><br>Hon. Manuel Barbosa<br><br>Date: February 16, 2011<br>Time: 10:30 a.m. |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on **February 16, 2011 at 10:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before United States Bankruptcy Judge Manuel Barbosa, or any other judge sitting in his stead, in Courtroom 115 of the Federal Courthouse, 211 South Court Street, Rockford, Illinois, and shall then and there present the **FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES**, at which time and place you may appear as you see fit.

                          **ARNSTEIN & LEHR LLP, counsel for
                          Debtors and Debtors in Possession**

                          By:   /s/ David A. Golin   .
                                One of their Attorneys

                          David A. Golin (06180517)
                          Kevin H. Morse (06297244)
                          ARNSTEIN & LEHR LLP
                          120 S. Riverside Plaza
                          Chicago, IL  60606
                          Phone:  (312)876-7100
                          Fax:  (312)876-0288

## CERTIFICATE OF SERVICE

I, David A. Golin, hereby certify that I caused a copy of the foregoing Notice and the following documents

1. FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT

2. COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

to be served on the parties listed on the attached Service List by the Court's ECF system on February 8, 2010.

/s/ David A. Golin
David A. Golin

David A. Golin (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza
Chicago, IL 60606
Phone: (312)876-7100
Fax: (312)876-0288

9431323.1

**CLIFFBREAKERS RIVERSIDE RESORT, LLC, et al.**
Case No. 10-71036
General Service List

Carole Ryczek
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
carole.ryczek@usdoj.gov
*(Counsel for U.S. Trustee)*

David M. Neff
Brian A. Audette
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
dneff@perkinscoie.com,
nsaldinger@perkinscoie.com
baudette@perkinscoie.com,
nsaldinger@perkinscoie.com
*(Counsel for Fifth Third Bank)*

Kenneth F. Ritz
728 North Court Street
Rockford, IL 61103
kenritz@aol.com
*(Local Counsel for Debtors)*

Mark D. Roth
Orum & Roth, LLC
53 W. Jackson Boulevard, Suite 1616
Chicago, IL 60604
roth.mark@sbcglobal.net
*(Counsel for Nicor)*

Thomas J. Lester
Hinshaw & Culbertson LLP
100 Park Avenue
Rockford, IL 61101
tlester@hinshawlaw.com
*(Counsel for James M. Vitale)*

Patrick Layng
USTPRegion11.MD.ECF@usdoj.gov

Jeremy M. Guth
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212-1059
jguth@kmksc.com
*(Counsel for Reinhart FoodService, LLC)*

8955997.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re<br><br>**CLIFFBREAKERS RIVERSIDE RESORT, LLC, et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 10-71036<br>(Jointly Administered)<br><br>Hon. Manuel Barbosa<br><br>Date: February 16, 2011<br>Time: 10:30 a.m. |

**FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR
COMPENSATION AND REIMBURSEMENT FOR EXPENSES**

Arnstein & Lehr LLP ("A&L"), counsel for Cliffbreakers Riverside Resort, LLC ("Resort"), Cliffbreakers Holdings, LLC ("Holdings") and Cliffbreakers Property Investments, LLC ("Investments"), reorganized debtors and former debtors in possession (collectively, the "Debtors"), pursuant to 11 U.S.C. §§ 330 and 503(b)(2), applies to this Court for the entry of an order: (a) allowing compensation to A&L in the amount of $23,000.00 for legal services rendered during the period October 16, 2010 through December 29, 2010 and reimbursement to A&L in the amount of $515.63 for expenses incurred in connection with such services, and authorizing and directing the Debtors to pay such allowances, and (b) allowing as final compensation and reimbursement for expenses this Court's prior interim allowances of compensation of $196,243.00 and reimbursement for expenses of $7,402.86 for the period March 5, 2010 through October 15, 2010.  In support thereof, A&L respectfully states as follows:

**Background**

1.      On March 5, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  On March

1

17, 2010, this Court entered an order directing the joint administration of the Debtors' chapter 11 cases.

2.     Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their businesses and manage their financial affairs as debtors in possession. No trustee, examiner or committee has been appointed in these cases.

3.     The Debtors are Illinois limited liability companies with their principal places of business in Rockford, Illinois. Holdings is the parent company and holds 100% membership interest in Resort and Investments. Investments holds title to the property located at 700 W. Riverside in Rockford, Illinois (the "Property"). Resort operates the Property as a restaurant, banquet hall and hotel under the name of *Cliffbreakers Riverside Resort*.

4.     On April 21, 2010, this Court entered an order authorizing the Debtors' employment of A&L as Debtors' bankruptcy counsel pursuant to section 327(a) of the Bankruptcy Code, effective as of the Petition Date. Prior to the Petition Date, A&L received an advance payment retainer in the amount of $50,000. As of the Petition Date, the balance of the retainer was $24,316 (the "Retainer").

5.     On August 11, 2010, this Court entered an order allowing A&L interim compensation in the amount of $87,814 for legal services rendered during the period March 5, 2010 through May 31, 2010 and reimbursement in the amount of $5,537.51 for expenses incurred in connection with such services. In accordance with the order, A&L applied the Retainer to the allowances and received payment from the Debtors for the balance of the allowances in the amount of $69,035.51.

6.     On December 15, 2010, this Court entered an order allowing A&L interim compensation in the amount of $108,429.00 for legal services rendered during the period June 1,

2010 through October 15, 2010 and reimbursement in the amount of $1,865.57 for expenses incurred in connection with such services. To date, A&L has received payment of $85,939.49 from the Debtors for such allowances.

7.  On December 15, 2010, this Court entered an order confirming the Debtors' Joint Amended Plan (the "Plan"). The Effective Date of the Plan was December 30, 2010.

**Narrative Summary of Services**

8.  A narrative summary of the services rendered by A&L during the period October 16, 2010 through December 29, 2010 is set forth below. Itemized and detailed descriptions of the specific services rendered by A&L to the Debtors during this period are reflected on the billing statements attached hereto as Exhibits A through I. The billing statements set forth the name of each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.  The services rendered by A&L during the period October 16, 2010 through December 29, 2010 have been segregated into nine (9) categories as follows: (A) Case Administration; (B) Schedules / Statements of Financial Affairs; (C) Financing; (D) Plan / Disclosure Statement; (E) Claims Administration / Creditor Issues; (F) Fee Applications; (G) Tax Issues; (H) Litigation; and (I) Restructuring.

10. The lode star value of the fees for services rendered by A&L for each of the billing categories, after certain voluntary reductions, is summarized as follows:

| EXHIBIT | TITLE OF CATEGORY | AMOUNT SOUGHT |
|---------|-------------------|---------------|
| A | Case Administration | $894.50 |
| B | Schedules / Statement of Financial Affairs | $208.50 |

3

| | | |
|---|---|---|
| C | Financing | $1,530.00 |
| D | Plan / Disclosure Statement | $9,682.50 |
| E | Claims Administration / Creditor Issues | $135.00 |
| F | Fee Applications | $3,105.00 |
| G | Tax Issues | $204.00 |
| H | Litigation | $2,769.50 |
| I | Restructuring | $26,105.00 |
| | **TOTAL FEES** | **$44,634.00** |

In the exercise of further billing discretion, A&L has agreed to reduce its request for compensation by $21,634.00 to $23,000.00.

11. A list of the attorneys and paralegals rendering services, their position and practice area, aggregate hours of services rendered for which compensation is sought and hourly rate is as follows:

| **Professional** | **Position** | **Practice Area** | **Hours** | **Hourly Rate** |
|---|---|---|---|---|
| Paul E. Starkman ("PES") | Partner | Employment Litigation | 0.70 | $450 |
| David A. Golin ("DAG") | Partner | Bankruptcy | 31.50 | $450 |
| David A. Golin ("DAG") | Partner | Bankruptcy | 4.50 | $225 Travel |
| Philip E. Ruben ("PER") | Partner | Corporate | 49.40 | $425 |
| Edward A. Snyder ("EAS") | Partner | Corporate | 15.20 | $425 |
| Kevin H. Morse ("KHM") | Associate | Bankruptcy | 3.90 | $265 |
| Marc S. Zaslavsky ("MSZ") | Associate | Bankruptcy | 3.10 | $265 |
| Becky L. Sutton ("BLS") | Paralegal | Bankruptcy | 2.60 | $215 |
| Susan L. Mahon ("SLM") | Paralegal | Corporate | 2.50 | $215 |
| | | **TOTAL:** | **113.40** | |

The hourly rates listed above are customary and reasonable and are within the range of hourly rates charged to other clients. The fees sought for travel time to and from Rockford for Court hearings were billed at one-half of the hourly rate.

4

12. The tasks performed by A&L in each of the billing categories are set forth in Exhibits A through I and are summarized as follows:

EXHIBIT A – Case Administration

This category includes: review of Resort's monthly operating reports and filing of Resort's, Investments' and Holdings' monthly operating reports; communications with Debtors' principal regarding the foregoing matters and business operations in general.

A&L spent 3.10 hours of attorney and paralegal time on the foregoing services having a lode star value of $894.50, summarized as follows (these amounts do not include 0.50 hours of services having a lode star value of $132.50 for which A&L did not charge):

| Case Administration | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| DAG | Partner | 0.10 | $450.00 | $45.00 |
| PES | Partner | 0.70 | $450.00 | $315.00 |
| KHM | Associate | 0.80 | $265.00 | $212.00 |
| BLS | Paralegal | 1.50 | $215.00 | $322.50 |
| **Total** | | **3.10** | | **894.50** |

EXHIBIT B – Schedules / Statements of Financial Affairs

This category includes: preparation of amended schedules.

A&L spent 0.90 hours of attorney time on the foregoing services having a lode star value of $208.50, summarized as follows:

| Schedules / Statements of Financial Affairs | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Associate | 0.30 | $265.00 | $79.50 |
| BLS | Paralegal | 0.60 | $215.00 | $129.00 |
| **Total** | | **0.90** | | **$208.50** |

5

EXHIBIT C – Financing

This category includes: communications with Debtors' principal and counsel for Fifth Third Bank (Debtors' pre-petition senior secured lender) regarding continued use of cash collateral; drafting orders regarding continued use of cash collateral; review of operating budgets; attendance at hearings on continued use of cash collateral; and other and further services relating to the use of cash collateral.

A&L spent 3.40 hours of attorney time on the foregoing services having a lode star value of $1,530.00, summarized as follows:

| Financing | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| DAG | Partner | 3.40 | $450.00 | $1,530.00 |
| **Total** | | **3.40** | | **$1,530.00** |

EXHIBIT D – Plan / Disclosure Statement:

This category includes: preparation of order approving disclosure statement; preparation of order confirming Plan; preparation for confirmation hearing; research and analysis regarding required disclosures of LLC manager; several phone conferences with counsel for Bank regarding status of exit financing; phone conferences with counsel for Bank regarding Bank's need and desire to extend time to submit ballot; preparation of Ballot Report; participation in court hearing by teleconference on scheduled date for confirmation and advised court that additional time was needed; phone conferences with U.S. Trustee's attorney regarding status of Plan confirmation; preparation of Amended Ballot Report reflecting Bank's acceptance of Plan; attended confirmation hearing; numerous telephone conferences and email exchanges with Debtors' principal regarding all of the foregoing.

A&L spent 25.60 hours of attorney and paralegal time on the foregoing services having a lode star value of $9,682.50, summarized as follows (these amounts do not include 0.20 hours of services having a lode star value of $90.00 for which A&L did not charge):

| Plan of Reorganization / Disclosure Statement | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| DAG | Partner | 14.70 | $450.00 | $6,615.00 |
| DAG | Partner | 4.50 | $225.00 | $1,012.50 |
| PER | Partner | 2.40 | $425.00 | $1,020.00 |

6

| KHM | Associate | 0.40 | $265.00 | $106.00 |
|---|---|---|---|---|
| MSZ | Associate | 3.10 | $265.00 | $821.50 |
| BLS | Paralegal | 0.50 | $215.00 | $107.50 |
| **Total** | | **25.80** | | **$9,682.50** |

Exhibit E – Claims Administration / Creditor Issues:

This category includes: communication with Debtors' principal regarding possible supplemental bar date for certain claims; and withdrawal of proof of claim filed by Vitale.

A&L spent 0.30 hours of attorney time on the foregoing services having a lode star value of $135.00, summarized as follows:

| **Claims Administration / Creditor Issues** | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| DAG | Partner | 0.30 | $450.00 | $135.00 |
| **Total** | | **0.30** | | **$135.00** |

EXHIBIT F – Fee Application:

This category includes: preparation of A&L's second interim fee application and caused it to be filed and served; preparation of a notice of the hearing on A&L's second interim fee application and caused the notice to be sent to all creditors; attended the hearing on A&L's second interim fee application.

A&L spent 6.90 hours of attorney time on the foregoing services having a lode star value of $3,105.00, summarized as follows:

| **Fee Petition** | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| DAG | Partner | 6.90 | $450.00 | $3,105.00 |
| **Total** | | **6.90** | | **$3,105.00** |

7

EXHIBIT G – Tax Issues:

This category includes: conferences with Debtors' principal regarding the claims filed by the Internal Revenue Service and the Illinois Department of Revenue.

A&L spent 0.70 hours of attorney time on the foregoing services having a lode star value of $204.00, summarized as follows:

| Tax Issues | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| DAG | Partner | 0.10 | $450.00 | $45.00 |
| KHM | Associate | 0.60 | $265.00 | $159.00 |
| **Total** | | **0.70** | | **$204.00** |

EXHIBIT H – Litigation:

This category includes: communication with Debtors' principal regarding a pre-petition judgment obtained by Thoms-Proestler and a pre-petition garnishment of the Debtors' bank account; review of judgment and garnishment; preparation of complaint to avoid garnishment lien and caused same to be filed and served; communications with counsel for Thoms-Proestler to discuss settlement options; began preparation of motion for approval of settlement. The matter was subsequently settled.

A&L spent 6.90 hours of attorney time on the foregoing services having a lode star value of $2,769.50, summarized as follows (these amounts do not include 2.30 hours of services having a lode star value of $609.50 for which A&L did not charge):

| Tax Issues | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| DAG | Partner | 5.00 | $450.00 | $2,250.00 |
| PER | Partner | 0.10 | $425.00 | $42.50 |
| KHM | Associate | 1.80 | $265.00 | $477.00 |
| **Total** | | **6.90** | | **$2,769.50** |

EXHIBIT I – Restructuring:

This category includes: worked on amended operating agreement; numerous phone conferences and email exchanges with counsel for members of the reorganized

8

debtors regarding the amended operating agreement; analysis of certain tax issues; review of draft of exit financing documents; numerous telephone conferences and email exchanges with counsel for the Bank regarding the exit financing documents; review and analysis of revised exit financing documents.

A&L spent 62.60 hours of attorney time on the foregoing services having a lode star value of $27,105.00, summarized as follows:

| Tax Issues | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| DAG | Partner | 1.00 | $450.00 | $450.00 |
| PER | Partner | 43.90 | $425.00 | $18,657.00 |
| EAS | Partner | 15.20 | $425.00 | $6,460.00 |
| SLM | Paralegal | 2.50 | $215.00 | $537.50 |
| **Total** | | **62.60** | | **$26,105.00** |

## Expenses

13. A&L incurred expenses in the amount of $515.63 during the period October 16, 2010 through December 29, 2010 in connection with its representation of the Debtors. These expenses are itemized in Exhibit J. Expenses were incurred for copying, overnight delivery charges, filing fees, charges for telephonic court hearings, parking and transportation costs, and research costs. A&L has voluntarily reduced its copying charges from $.20 per page to $.10 per page.

14. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, the costs of comparable services in other cases under chapter 11, and that the time has been fairly and properly expended. When two or more professionals participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each professional with the matters

9

at issue so that each professional could perform further necessary work. Further, as set forth in the billing statements, A&L has not charged for several time entries where more than one attorney participated in an activity.

### **Payment of Compensation**

15. A&L has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by A&L for services rendered to the Debtors in connection with the cases.

16. Except for the Retainer of $24,316.00 and interim compensation payments made and to be made by the Debtors for the period March 5, 2010 through October 15, 2010 as described in paragraphs 4, 5 and 6 above, A&L has not previously received or been promised any payments for services rendered or to be rendered to the Debtors during these cases.

### **Source of Payment**

17. A&L requests that the compensation and reimbursement requested in this Application and allowed by the Court be paid by the Debtors. The Debtors shall pay the allowed fees and expenses with cash on hand.

### **Notice**

18. A copy of the Application has been sent to the Debtors and all parties entitled to notice, including the United States Trustee and Fifth Third Bank. Twenty-one days' notice of the Application and hearing date has been sent to all creditors of the estate and all parties entitled to notice.

WHEREFORE, Arnstein & Lehr LLP respectfully requests that the Court enter an order:

A. Allowing compensation to A&L in the amount of $23,000.00 and reimbursement of expenses to A&L in the amount of $515.63 for the period October 16, 2010 through December 29, 2010;

B. Authorizing and directing the Debtors to pay the foregoing allowances to A&L;

C. Allowing as final compensation and reimbursement for expenses this Court's prior interim allowances of compensation of $196,243.00 and reimbursement for expenses of $7,402.86 for the period March 5, 2010 through October 15, 2010; and

D. Granting such other and further relief as the Court deems just and proper.

ARNSTEIN & LEHR LLP

By:   /s/ David A. Golin

David A. Golin (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288
9413167.1

11